IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| JEROME BEASLEY and MERIA BEASLEY, | ) |
| --- | --- |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-213 (MTT) |
| LITTON LOAN SERVICING LP, | ) |
| Defendant. | ) |

## ORDER

This Court entered an order October 12, 2010 instructing the Plaintiffs to advise the Court, no later than October 20, 2010, as to the status of their efforts to serve the Defendant, and to show cause why their case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the Defendant (Doc. 2). The Plaintiffs submitted proof of service and a summons with just the names of the parties filled in (Doc. 4). Pursuant to Fed. R. Civ. P 4(a)(1), a summons also must be directed to the defendant, state the name and address of the plaintiff, be signed by the clerk, and bear the court's seal. Because the Plaintiffs have not effectively served the Defendant, this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this the 28TH day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT